*Tuesday, October 10, 2000*

## MOTION DOCKET

**00–1365. Denison v. Tracy.**
Board of Tax Appeals, Nos. 98–T–562 and 98–T–563. This cause, here on appeal from the Board of Tax Appeals, was considered in the manner prescribed by law. Upon consideration of the joint motion to remand case to Board of Tax Appeals upon settlement,

IT IS ORDERED by the court that the motion to remand case be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals for entry of an order.